| Check # 12105 | Emp # 15 | JOHN DAVIES | | SSN: | | Status: M0 | | P.E. Date: 09/18/19 | | Ck Date: 09/20/19 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate1:27.00: [PLUMBERS SER] | | TAXES | | | | DEDUCTIONS | | | | ACCRUALS | | | | |
| HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | | EARNED | | | USED | BALANCE |
| | | | | | | | | | | PER | TOT | PER | TOT | |
| REG 40.00 | 1080.00 | 39339.00 | FED IT | 120.63 | 4687.82 | SEC 125 | 13.89 | 527.82 | PTO | 1.68 | 120.00 | 0.00 | 74.50 | -16.50 |
| OT 6.50 | 263.25 | 7290.00 | FICA/MED | 99.02 | 3802.07 | 401K LOAN | 23.50 | 893.00 | | | | | | |
| PER 0.00 | 0.00 | 1836.00 | PA IT | 39.74 | 1525.85 | FSA | 35.00 | 1330.00 | | | | | | |
| HOL 0.00 | 0.00 | 864.00 | SUCI/SDI | 0.81 | 30.95 | | | | | | | | | |
| ON CALL | 0.00 | 2049.80 | BRISRES IT | 6.47 | 248.50 | | | | | | | | | |
| INCENTIVE | 0.00 | 55.00 | BRISLST | 1.00 | 38.00 | | | | | | | | | |
| HCC/SPIFF | 0.00 | 125.00 | | | | | | | | | | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1343.25 | 51558.80 |
| Taxes | 267.67 | 10333.19 |
| Deductions | 72.39 | 2750.82 |
| Net Pay | 1003.19 | 38474.79 |

Processed by Payroll Service Solutions, L.L.C. for MCINTYRE PLUMBING & HEATING MECHANICAL CONTRACTOR INC

---

**MCINTYRE PLUMBING & HEATING**
MECHANICAL CONTRACTOR INC
5503 EMILIE ROAD
LEVITTOWN, PA 19057-

| DATE | 09/20/19 |
|---|---|
| CHECK # | 12105 |
| AMOUNT | VOID |

Pay Exactly:

*DIRECT DEPOSIT CHECK*

PAY TO THE ORDER OF:
JOHN DAVIES
5 MOUNTAIN LANE
LEVITTOWN, PA 19054-

Acct# 1    1003.19

| Check# 12080 | Emp # 15 | JOHN DAVIES | | SSN: | | Status: M0 | | P.E. Date: 09/11/19 | | Ck Date: 09/13/19 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate1:27.00: [PLUMBERS SER] | | | TAXES | | | DEDUCTIONS | | | | ACCRUALS | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | | EARNED | USED | BALANCE |
| | | | | | | | | | | | PER    TOT | PER    TOT | |
| REG | 40.00 | 1080.00 | 38259.00 | FED IT | 267.23 | 4567.19 | SEC 125 | 13.89 | 513.93 | PTO | 2.32   118.32 | 0.00   74.50 | -18.18 |
| OT | 3.50 | 141.75 | 7026.75 | FICA/MED | 165.67 | 3703.05 | 401K LOAN | 23.50 | 869.50 | | | | |
| PER | 0.00 | 0.00 | 1836.00 | PA IT | 66.49 | 1486.11 | FSA | 35.00 | 1295.00 | | | | |
| HOL | 0.00 | 0.00 | 864.00 | SUCI/SDI | 1.33 | 30.14 | | | | | | | |
| ON CALL | | 957.80 | 2049.80 | BRISRES IT | 10.83 | 242.03 | | | | | | | |
| INCENTIVE | | 0.00 | 55.00 | BRISLST | 1.00 | 37.00 | | | | | | | |
| HCC/SPIFF | | 35.00 | 125.00 | | | | | | | | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 2214.55 | 50215.55 |
| Taxes | 512.55 | 10065.52 |
| Deductions | 72.39 | 2678.43 |
| Net Pay | 1629.61 | 37471.60 |

Processed by Payroll Service Solutions, L.L.C. for MCINTYRE PLUMBING & HEATING MECHANICAL CONTRACTOR INC

---

**MCINTYRE PLUMBING & HEATING**
MECHANICAL CONTRACTOR INC
5503 EMILIE ROAD
LEVITTOWN, PA 19057-

| DATE | 09/13/19 |
|---|---|
| CHECK # | 12080 |
| AMOUNT | VOID |

Pay Exactly:

*DIRECT DEPOSIT CHECK*

PAY TO THE ORDER OF:
**JOHN DAVIES
5 MOUNTAIN LANE
LEVITTOWN, PA 19054-**

Acct# 1     1629.61

| Check # 12057 | Emp # 15 | JOHN DAVIES | | SSN: | | Status: M0 | | P.E. Date: 09/04/19 | | Ck Date: 09/06/19 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate1:27.00: [PLUMBERS SER] | | | TAXES | | | DEDUCTIONS | | | | ACCRUALS | | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | | EARNED | | USED | BALANCE |
| | | | | | | | | | | | PER | TOT | PER | TOT |
| REG | 37.00 | 999.00 | 37179.00 | FED IT | 105.24 | 4299.96 | SEC 125 | 13.89 | 500.04 | PTO | 2.32 | 116.00 | 0.00 | 74.50 | -20.50 |
| OT | 0.00 | 0.00 | 6685.00 | FICA/MED | 89.21 | 3537.38 | 401K LOAN | 23.50 | 846.00 | | | | | | |
| PER | 0.00 | 0.00 | 1836.00 | PA IT | 35.80 | 1419.62 | FSA | 35.00 | 1260.00 | | | | | | |
| HOL | 8.00 | 216.00 | 864.00 | SUCI/SDI | 0.73 | 28.81 | | | | | | | | | |
| ON CALL | 0.00 | 0.00 | 1092.00 | BRISRES IT | 5.83 | 231.20 | | | | | | | | | |
| INCENTIVE | 0.00 | 0.00 | 55.00 | BRISLST | 1.00 | 36.00 | | | | | | | | | |
| HCC/SPIFF | 0.00 | 0.00 | 90.00 | | | | | | | | | | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1215.00 | 48001.00 |
| Taxes | 237.81 | 9552.97 |
| Deductions | 72.39 | 2606.04 |
| Net Pay | 904.80 | 35841.99 |

Processed by Payroll Service Solutions, L.L.C. for MCINTYRE PLUMBING & HEATING MECHANICAL CONTRACTOR INC

---

MCINTYRE PLUMBING & HEATING
MECHANICAL CONTRACTOR INC
5503 EMILIE ROAD
LEVITTOWN, PA 19057-

| DATE | 09/06/19 |
|---|---|
| CHECK # | 12057 |
| AMOUNT | VOID |

Pay Exactly:

*DIRECT DEPOSIT CHECK*

PAY TO THE ORDER OF:
JOHN DAVIES
5 MOUNTAIN LANE
LEVITTOWN, PA 19054-

Acct# 1        904.80

| Check# 12032 | Emp # 15 | JOHN DAVIES | | | SSN: | | Status: M0 | | P.E. Date: 08/28/19 | | | Ck Date: 08/30/19 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate1:27.00: [PLUMBERS SER] | | | TAXES | | | | DEDUCTIONS | | ACCRUALS | | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | | EARNED | USED | BALANCE |
| | | | | | | | | | | | PER    TOT | PER    TOT | |
| REG | 33.00 | 891.00 | 36180.00 | FED IT | 92.28 | 4194.72 | SEC 125 | 13.89 | 486.15 | PTO | 2.32   113.66 | 8.00   74.50 | -22.82 |
| OT | 0.00 | 0.00 | 6885.00 | FICA/MED | 80.94 | 3448.17 | 401K LOAN | 23.50 | 822.50 | | | | |
| PER | 8.00 | 216.00 | 1836.00 | PA IT | 32.48 | 1383.82 | FSA | 35.00 | 1225.00 | | | | |
| HOL | 0.00 | 0.00 | 648.00 | SUCI/SDI | 0.66 | 28.08 | | | | | | | |
| ON CALL | | 0.00 | 1092.00 | BRISRES IT | 5.29 | 225.37 | | | | | | | |
| INCENTIVE | | 0.00 | 55.00 | BRISLST | 1.00 | 35.00 | | | | | | | |
| HCC/SPIFF | | 0.00 | 90.00 | | | | | | | | | | |

|  | This Check | YTD |
|---|---|---|
| Earnings | 1107.00 | 46786.00 |
| Taxes | 212.65 | 9315.16 |
| Deductions | 72.39 | 2533.65 |
| Net Pay | 821.96 | 34937.19 |

Processed by Payroll Service Solutions, L.L.C. for MCINTYRE PLUMBING & HEATING MECHANICAL CONTRACTOR INC

---

**MCINTYRE PLUMBING & HEATING**
MECHANICAL CONTRACTOR INC
5503 EMILIE ROAD
LEVITTOWN, PA 19057-

| DATE | 08/30/19 |
|---|---|
| CHECK # | 12032 |
| AMOUNT | VOID |

Pay Exactly:

*DIRECT DEPOSIT CHECK*

PAY TO THE ORDER OF:
JOHN DAVIES
5 MOUNTAIN LANE
LEVITTOWN, PA 19054-

Acct# 1     821.96

| Check# 12007 | Emp #15 | JOHN DAVIES | | | SSN: | | Status: M0 | | P.E. Date: 08/21/19 | | | Ck Date: 08/23/19 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate1:27.00: [PLUMBERS SER] | | | TAXES | | | | DEDUCTIONS | | ACCRUALS | | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | | EARNED | USED | BALANCE |
| | | | | | | | | | | | PER    TOT | PER    TOT | |
| REG | 40.00 | 1080.00 | 35289.00 | FED IT | 136.02 | 4102.44 | SEC 125 | 13.89 | 472.26 | PTO | 2.32   111.36 | 1.00   66.50 | -17.14 |
| OT | 9.00 | 364.50 | 6885.00 | FICA/MED | 108.83 | 3367.23 | 401K LOAN | 23.50 | 799.00 | | | | |
| PER | 1.00 | 27.00 | 1620.00 | PA IT | 43.67 | 1351.34 | FSA | 35.00 | 1190.00 | | | | |
| HOL | 0.00 | 0.00 | 648.00 | SUCI/SDI | 0.88 | 27.42 | | | | | | | |
| ON CALL | | 0.00 | 1092.00 | BRISRES IT | 7.11 | 220.08 | | | | | | | |
| INCENTIVE | | 0.00 | 55.00 | BRISLST | 1.00 | 34.00 | | | | | | | |
| HCC/SPIFF | | 0.00 | 90.00 | | | | | | | | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1471.50 | 45679.00 |
| Taxes | 297.51 | 9102.51 |
| Deductions | 72.39 | 2461.26 |
| Net Pay | 1101.60 | 34115.23 |

Processed by Payroll Service Solutions, L.L.C. for MCINTYRE PLUMBING & HEATING MECHANICAL CONTRACTOR INC

---

MCINTYRE PLUMBING & HEATING
MECHANICAL CONTRACTOR INC
5503 EMILIE ROAD
LEVITTOWN, PA 19057-

| DATE | 08/23/19 |
|---|---|
| CHECK # | 12007 |
| AMOUNT | VOID |

Pay Exactly:

*DIRECT DEPOSIT CHECK*

PAY TO THE ORDER OF:
JOHN DAVIES
5 MOUNTAIN LANE
LEVITTOWN, PA 19054-

Acct# 1    1101.60

| Check# 11983 | Emp #15 | JOHN DAVIES | | | SSN: | Status: M0 | P.E. Date: 08/14/19 | | Ck Date: 08/16/19 |
|---|---|---|---|---|---|---|---|---|---|
| Rate1:27.00: [PLUMBERS SER] | | TAXES | | | DEDUCTIONS | | ACCRUALS | | |

| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | | EARNED | | USED | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | PER | TOT | PER | TOT |
| REG | 40.00 | 1080.00 | 34209.00 | FED IT | 110.91 | 3966.42 | SEC 125 | 13.89 | 458.37 | | | | | |
| OT | 4.50 | 182.25 | 6520.50 | FICA/MED | 92.82 | 3258.40 | 401K LOAN | 23.50 | 775.50 | PTO | 2.32 | 109.04 | 0.00 | 65.50 | -18.46 |
| PER | 0.00 | 0.00 | 1593.00 | PA IT | 37.25 | 1307.67 | FSA | 35.00 | 1155.00 | | | | | |
| HOL | 0.00 | 0.00 | 648.00 | SUCI/SDI | 0.76 | 26.54 | | | | | | | | |
| ON CALL | | 0.00 | 1092.00 | BRISRES IT | 6.07 | 212.97 | | | | | | | | |
| INCENTIVE | | 0.00 | 55.00 | BRISLST | 1.00 | 33.00 | | | | | | | | |
| HCC/SPIFF | | 0.00 | 90.00 | | | | | | | | | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 1262.25 | 44207.50 |
| Taxes | 248.81 | 8805.00 |
| Deductions | 72.39 | 2388.87 |
| Net Pay | 941.05 | 33013.63 |

Processed by Payroll Service Solutions, L.L.C. for MCINTYRE PLUMBING & HEATING MECHANICAL CONTRACTOR INC

---

MCINTYRE PLUMBING & HEATING
MECHANICAL CONTRACTOR INC
5503 EMILIE ROAD
LEVITTOWN, PA 19057-

| DATE | 08/16/19 |
|---|---|
| CHECK # | 11983 |
| AMOUNT | VOID |

Pay Exactly:     *DIRECT DEPOSIT CHECK*

PAY TO THE ORDER OF:
JOHN DAVIES
5 MOUNTAIN LANE
LEVITTOWN, PA 19054-

Acct# 1     941.05

| Check# 11959 | Emp #15 | JOHN DAVIES | | | | | | | | Status: M0 | | P.E. Date: 08/07/19 | | Ck Date: 08/09/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate1:27.00: [PLUMBERS SER] | | | TAXES | | | DEDUCTIONS | | | | ACCRUALS | | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | | EARNED | | USED | BALANCE |
| | | | | | | | | | | | PER | TOT | PER | TOT |
| REG | 40.00 | 1080.00 | 33129.00 | FED IT | 108.48 | 3855.51 | SEC 125 | 13.89 | 444.48 | | | | | |
| OT | 4.00 | 162.00 | 6338.25 | FICA/MED | 91.27 | 3165.58 | 401K LOAN | 23.50 | 752.00 | PTO | 2.32 | 106.72 | 0.00 | 65.50 | -20.78 |
| PER | 0.00 | 0.00 | 1593.00 | PA IT | 36.63 | 1270.42 | FSA | 35.00 | 1120.00 | | | | | |
| HOL | 0.00 | 0.00 | 648.00 | SUCI/SDI | 0.75 | 25.78 | | | | | | | | |
| ON CALL | | 0.00 | 1092.00 | BRISRES IT | 5.97 | 206.90 | | | | | | | | |
| INCENTIVE | | 0.00 | 55.00 | BRISLST | 1.00 | 32.00 | | | | | | | | |
| HCC/SPIFF | | 0.00 | 90.00 | | | | | | | | | | | |

|  | This Check | YTD |
|---|---|---|
| Earnings | 1242.00 | 42945.25 |
| Taxes | 244.10 | 8556.19 |
| Deductions | 72.39 | 2316.48 |
| Net Pay | 925.51 | 32072.58 |

Processed by Payroll Service Solutions, L.L.C. for MCINTYRE PLUMBING & HEATING MECHANICAL CONTRACTOR INC

---

**MCINTYRE PLUMBING & HEATING**
MECHANICAL CONTRACTOR INC
5503 EMILIE ROAD
LEVITTOWN, PA 19057-

| DATE | 08/09/19 |
|---|---|
| CHECK # | 11959 |
| AMOUNT | VOID |

Pay Exactly:          *DIRECT DEPOSIT CHECK*

PAY TO THE ORDER OF:   JOHN DAVIES
5 MOUNTAIN LANE
LEVITTOWN, PA 19054-

Acct# 1        925.51