# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JOHN F. DAVIES                  :   CHAPTER 13
           CONSTANCE A. DAVIES          :
           Debtor(s)                               :   BANKRUPTCY NO. 19-16310

## ORDER

AND NOW, this 17th day of November, 2020, upon consideration of the Motion to Approve Settlement filed by Paul H. Young, Esquire, Attorney for Debtors it is hereby ORDERED that:

1. The Debtors be allowed to settle their personal injury action as stated in the Motion.

2. A distribution shall be made from the settlement in the amount of $36,000.00 payable to the Chapter 13 Trustee, William Miller.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge