# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOHN F. DAVIES : CHAPTER 13
       CONSTANCE A. DAVIES :
       Debtor(s) : BANKRUPTCY NO. 19-16310

## ORDER

AND NOW, this 22nd day of February, 2021, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtors be allowed to Modify the Amended Plan by filing a Second Amended Chapter 13 Plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE