Certificate Number: 03621-PAE-DE-033943032

Bankruptcy Case Number: 19-16310



03621-PAE-DE-033943032

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 10, 2020</u>, at <u>7:59</u> o'clock <u>PM EST</u>, <u>Constance A Davies</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 13, 2020</u>          By:   <u>/s/Mike Fannelle</u>

                                        Name: <u>Mike Fannelle</u>

                                        Title: <u>Counselor</u>

Certificate Number: 03621-PAE-DE-033943034

Bankruptcy Case Number: 19-16310



03621-PAE-DE-033943034

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2020, at 10:35 o'clock AM EST, John F Davies completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 13, 2020                By:  /s/Mike Fannelle

                                       Name:  Mike Fannelle

                                       Title:  Counselor