United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John F. Davies  
Constance A. Davies  
    Debtors

Case No. 19-16310-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 27, 2021      Form ID: 138OBJ      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John F. Davies, Constance A. Davies, 5 Mountain Lane, Levittown, PA 19054-2025 |
| 14401525 | + | 1st Crd Srvc, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 14401526 | + | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422-0287 |
| 14401527 | + | Capital Collection Ser, 20 E Taunton Rd # Bilg50, Berlin, NJ 08009-2603 |
| 14430679 | | Emergency Care Service of PA, P.C., PO Box 1123, Minneapolis, MN 55440-1123 |
| 14401532 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14401533 | | Global Payments Check, Po Box 61158, Chicago, IL 60666 |
| 14401534 | | Global Pymt, Po Box 61158, Chicago, IL 60666 |
| 14437822 | + | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 14401535 | | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14440113 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14442529 | + | PennyMac Loan Services, LLC, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14401538 | + | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 27 2021 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2021 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 27 2021 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14401528 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Aug 27 2021 23:33:20 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 14403913 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 27 2021 23:33:15 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14405513 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 27 2021 23:33:20 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14404764 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 27 2021 23:33:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14401529 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 27 2021 23:43:40 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14401773 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 27 2021 23:28:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |

Case 19-16310-mdc    Doc 51    Filed 08/29/21    Entered 08/30/21 00:38:12    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 138OBJ | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 14401530 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 27 2021 23:28:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14401531 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 27 2021 23:28:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14436264 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2021 23:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14411984 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 23:33:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14401536 | + | Email/Text: Bankruptcies@nragroup.com | Aug 27 2021 23:28:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14430936 | | Email/PDF: cbp@onemainfinancial.com | Aug 27 2021 23:33:20 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14401537 | + | Email/PDF: cbp@onemainfinancial.com | Aug 27 2021 23:33:15 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14401539 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2021 23:33:15 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14401540 | + | Email/Text: documentfiling@lciinc.com | Aug 27 2021 23:28:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14401541 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 27 2021 23:28:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14418937 | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2021             Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor John F. Davies cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| CAMERON DEANE | on behalf of Joint Debtor Constance A. Davies cdeane@ymalaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 27, 2021 | Form ID: 138OBJ | Total Noticed: 32 |

    ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

PAUL H. YOUNG

    on behalf of Joint Debtor Constance A. Davies support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

PAUL H. YOUNG

    on behalf of Debtor John F. Davies support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ

    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: John F. Davies and Constance A. Davies

Debtor(s)

Case No: 19−16310−mdc

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/27/21